**THE SALDARRIAGA LAW FIRM**
Attorneys and Counselors at Law
275 Madison Avenue, Suite 2300
New York, New York 10016
(212) 682-4904

VICTOR H. SALDARRIAGA*
*Admitted in NY & NJ

Facsimile (212) 682-8978
E-Mail   vhslaw@aol.com

Counsel
JASMINE HAHN

Paralegal
Ginger M. Chronis

**BY ECF**

September 12, 2025

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Iryna Depradine v. The Mount Sinai Hospital*
              Case No.: 25 CV 3386 (PAE)

Dear Judge Engelmayer:

    Our firm represents the Plaintiff, Iryna Depradine, in this action. On July 21, 2025, after the parties' joint application, the Court ordered that this case be stayed pending mediation, and that the parties file a joint status letter to the docket by September 12, 2025 (Docket # 12).

    Earlier this week, after initial ex-parte conversations with the Mediator last week, the Mediation Conference scheduled for September 9, 2025, was adjourned, tentatively, to October 6, 2025. The reason for the adjournment was to allow the parties an opportunity to produce further documentation which is necessary and material to this action but would have not been available by September 9, 2025. However, said documentation should be available by September 30, 2025.

    Thus, for the reason stated above, it is respectfully requested, **on consent**, that the Court continue the stay of this action until after the completion of the parties' mediation.

    Your Honor's attention and understanding to this matter is greatly appreciated.

Respectfully Submitted,

*/s/ Victor H. Saldarriaga*

Victor H. Saldarriaga

cc:  **By ECF**
      Rory J. McEvoy, Esq.
      Colby H. Berman, Esq.
      Counsel for Defendant

GRANTED. The parties are directed to file a joint status update on or before October 12, 2025.

SO ORDERED.

*/s/ Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

September 15, 2025
New York, New York