**THE SALDARRIAGA LAW FIRM**
Attorneys and Counselors at Law
275 Madison Avenue, Suite 2300
New York, New York 10016
(212) 682-4904

VICTOR H. SALDARRIAGA*
*Admitted in NY & NJ

Facsimile (212) 682-8978
E-Mail   vhslaw@aol.com

Counsel
JASMINE HAHN

Paralegal
Ginger M. Chronis

**BY ECF**

November 21, 2025

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Iryna Depradine v. The Mount Sinai Hospital*
      Case No.: 25 CV 3386 (PAE)

Dear Judge Engelmayer:

Our firm represents the Plaintiff, Iryna Depradine. On October 14, 2025, after the parties' joint application, the Court ordered that this case be stayed pending mediation, and that the parties file a joint status letter to the docket on or before November 24, 2025 (Docket # 16).

After having discussions with the Mediator earlier this month, the parties and the Mediator agreed to adjourn the Mediation Conference scheduled for November 20, 2025, to December 11, 2025. The reason for the adjournment was to allow me to report for jury service commencing on November 17, 2025, to the Queens County Central Jury Room located at 89-17 Sutphin Blvd., Jamaica, New York. Moreover, as of today, I have participated and completed jury service with the State of New York Unified Court System.

Thus, for the reason stated above, it is respectfully requested, **on consent**, that the Court continue the stay of this action until after the completion of the parties' mediation.

Your Honor's attention and understanding to this matter is greatly appreciated.

Respectfully Submitted,

Victor H. Saldarriaga

GRANTED. The parties are directed to file a joint status update on or before December 15, 2025.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Date: November 24, 2025
New York, New York