# akerman

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195
rory.mcevoy@akerman.com

December 19, 2025

**VIA ECF**

Honorable Paul A. Engelmayer,
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       **Re:    Iryna Depradine v. The Mount Sinai Hospital
           1:25-cv-03386-PAE**

Dear Judge Engelmayer:

On behalf of our client The Mount Sinai Hospital (the "Hospital" or "Mount Sinai") ("Defendant"), and pursuant to the Court's Individual Rules of Practice in Civil Cases 1(E), we write to request that the Court reschedule the initial pretrial conference scheduled for January 21, 2026 (Dkt. No. 21). The reason for this request is that counsel for Defendant is participating in a settlement conference before Magistrate Judge Tarnofsky on that date in a different matter. Defendant requests that the Court reschedule the conference to any of the following dates on which the Court has availability: January 22, January 27, January 29, February 4, or February 9. This is Defendant's first request to reschedule the initial pretrial conference. Plaintiff consents to this request.

Respectfully submitted,

/s/ Rory J. McEvoy
Rory J. McEvoy

GRANTED. The initial pretrial conference is adjourned to **January 27, 2026 at 11 a.m.** Counsel are directed to submit all materials listed in the Court's Order, Dkt. 21, on or before January 22, 2026. The dial-in information remains the same.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

akerman.com

Date: December 22, 2025
New York, New York