UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IRYNA DEPRADINE,

                        Plaintiff,

           -against-

THE MOUNT SINAI HOSPITAL,

                      Defendant.
-------------------------------------------------------------------X

25-CV-3386 (PAE)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

During this morning's pre-settlement conference call, the parties indicated that they would prefer to wait until discovery has been substantially completed to engage in a settlement conference. The parties are hereby directed to file a joint letter updating the undersigned when they are nearing the completion of discovery and ready for a settlement conference.

      **SO ORDERED.**

DATED:     New York, New York
              February 4, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge

1