UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRYNA DEPRADINE,

                                    Plaintiff,

                    -v-

THE MOUNT SINAI HOSPITAL,

                                    Defendant.

25 Civ. 3386 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The case management conference is currently scheduled for July 22, 2026 at 11 a.m.  Due

to an unavoidable conflict, the Court reschedules the conference to **3 p.m. the same day**.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 4, 2026
        New York, New York